366-15   367-15   368-15   369-15
370-15          **ELECTRONIC RECORD**          371-15

COA #   06-14-00088-CR                     OFFENSE:   22.01

Companion cases

STYLE:   Samuel Deleon Garza v. The State
of Texas                                   COUNTY:   Hunt

COA DISPOSITION:   Affirmed               TRIAL COURT:   196th District Court

DATE: 3/10/15              Publish: No   TC CASE #:      28,996

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Samuel Deleon Garza v. The State of
Texas                                     CCA #:   **366-15 THRU 371-15**

_____PRO SE_____ Petition                 CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:        _____

_____refused_____                         JUDGE:       _____

DATE: _July 29, 2015_                     SIGNED: _____      PC: _____

JUDGE: _____PC_____                       PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**